AO 91 (REV.5/85) Criminal Complaint

AUSA MICHAEL F. IASPARRO 815-987-4444

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

*FILED*

*JAN 18 2008*

*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

BENJAMIN T. THOMA

CASE NUMBER: 08 CR 50002

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief:

On December 19, 2007, at McHenry, in McHenry County, in the Northern District of Illinois, Western Division, BENJAMIN T. THOMA, defendant herein, did knowingly by force, violence, and intimidation, take from the person or presence of a bank employee approximately $2,409, which was in the care, custody, control, management, and possession of Charter One Bank, 2000 Richmond Road, McHenry, Illinois, which is insured by the Federal Deposit Insurance Corporation,

in violation of Title ____18____, United States Code, Section __2113(a)__. I further state that I am a Special Agent with the Federal Bureau of Investigation ("FBI") and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
RANDALL SEALBY
FBI

Sworn to before me and subscribed in my presence,

January 18, 2008
Date

at   Rockford, Illinois
City and State

FREDERICK J. KAPALA , U.S. District Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

NORTHERN DISTRICT OF ILLINOIS    )
                                 ) SS
WESTERN DIVISION                 )

## AFFIDAVIT

I, RANDALL SEALBY, being first duly sworn, state as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for approximately fifteen years. Among the federal crimes I am assigned to investigate are crimes involving the theft or robbery of money from banking institutions, the deposits of which are insured by the Federal Deposit Insurance Corporation. In my career as an FBI agent, I have conducted numerous investigations involving the theft or robbery of bank funds.

2.    Since this affidavit is being submitted in support of the attached complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Benjamin T. Thoma committed the offense of bank robbery as defined by Title 18, United States Code, Section 2113(a). This affidavit is based on information obtained by me personally and information provided to me by other law enforcement agents, officers, and others identified within.

3.    On December 19, 2007, at approximately 6:30 p.m., members of the city of McHenry Police Department responded to the Charter One Bank located inside a Dominick's grocery store at 2000 Richmond Road in McHenry, Illinois, in response to the report of an armed bank robbery. The officers who responded to the scene began an investigation which included interviewing several bank employees who witnessed the bank robbery. Bank Teller A ("Teller A") told officers that she was working behind the teller counter when she noticed a white male, later identified as Benjamin T.

Thoma (see below) standing near another bank counter looking at brochures. After spending approximately twenty minutes looking at the brochures, Thoma approached Teller A's station and told her to give him all the money inside her cash drawer, not to use any dye packs, and not to press any alarms. Thoma then stated, "I'm not kidding, I have a bomb." According to Teller A, Thoma then pointed to a brown bag that he was carrying which had a visible wire coming out of the top. Teller A then opened her cash drawer and placed what was later determined to be $2,409 of United States currency in a white envelope and handed it to Thoma. Teller A described the robber as a white male, approximately six feet tall and weighing approximately 200 pounds, wearing a tan jacket with a blue "V" stripe on the front and back, as well as blue jeans, black gloves, a black hat, and a black scarf over the bottom of his face. Teller A believed the robber to be in his upper 20's.

4. Investigators also spoke to another bank employee, identified herein as Teller B. According to Teller B, he was behind the teller counter when the robber approached Teller A. The robber didn't speak for a short time but then pointed to a brown bag and said he had a bomb. The robber then said he wanted all the money in the drawers, but no dye packs or alarms. Teller A gave the robber the money and the robber then left the bank. Teller B's description of the robber was consistent with that of Teller A.

5. Investigators also spoke to a bank customer, who stated that after the robber left the bank he noticed that Teller A appeared panicked. The customer asked Teller A if she was alright and Teller A informed the customer that the bank had just been robbed. The customer then ran out

2

of the Dominick's store and followed the robber into the parking lot, where he saw the robber get into a white Nissan Altima or Maxima and exit the parking lot onto Richmond Road.

6.    At approximately 6:37 p.m. on December 19, Officer Prather of the McHenry Police Department was in the area of the Charter One Bank when he heard the description of a vehicle associated with the bank robbery broadcast over his police radio. At about that time, Officer Prather noticed a vehicle matching that description traveling southbound on Richmond Road. The vehicle was a white 2002 Nissan Altima. Another officer passed the vehicle and observed that the driver matched the description of the bank robber which had also been broadcast over the police radio. Several officers then conducted a traffic stop of the vehicle at the intersection of Richmond Road and Elm Street in McHenry. The driver and sole occupant of the vehicle, later identified as Benjamin T. Thoma, was instructed to turn off the engine and get out of the vehicle, at which point Thoma stated, "The money is right here between my legs." Officers then observed numerous pieces of U.S. currency in Thoma's lap. Thoma was taken into custody. While his person was being searched for weapons, Thoma stated, "It wasn't a bomb, it was just a bag full of soup cans."

7.    Investigators brough both Teller A and Teller B to the scene of the traffic stop and conducted a show-up to determine if Thoma was the robber. Both Teller A and Teller B identified Thoma as the person who had just robbed the Charter One Bank.

8.    Officers searched the white Nissan Altima that Thoma had been driving. They recovered $2,309 from the driver's side front floorboard, a blue bag with wire and soup cans from

3

the passenger's side front seat, and a manila envelope with the words, "I have a bomb    you have 2 min" from the passenger's side front floorboard.

9.    After being taken into custody, Thoma was transported to the McHenry Police Department. After being advised of his Miranda rights, Thoma agreed to speak to investigators and signed a Miranda rights waiver form. During the interview, which was video and audio recorded with Thoma's consent, Thoma stated that he had been out of work for about the last two months, and that after he dropped his girlfriend off at work earlier in the day, he drove around the area looking for help wanted posters and reading the classifieds in an attempt to find a job. Thoma stated that at approximately 5:00 p.m., his girlfriend called him and said a repossession agent had called her and told her she was going to be arrested if she didn't return her vehicle, which was the same Nissan Altima that Thoma was driving at the time of his arrest. Thoma stated he then decided to rob a bank to get money, and decided on the Charter One Bank because he didn't think that bank would have very good security. Thoma stated he walked into the bank wearing a winter hat and gloves, and that he had a bag containing soup cans with him which he told the bank teller was a bomb. Thoma said once he got the money from the teller he got into his car and drove away, and that he hadn't even had a chance to count the money in the envelope in his lap before being stopped by the police.

10.    An FBI Agent has verified with bank employees that the deposits of the Charter One Bank inside the Dominick's grocery store at 2000 Richmond Road in McHenry, Illinois were insured by the Federal Deposit Insurance Corporation at the time of the robbery.

4

11.    The information contained within this affidavit is true and correct to the best of my

knowledge and belief.

RANDALL SEALBY
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on January 18, 2008.

FREDERICK J. KAPALA
United States District Judge

5