# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50002 | **DATE** | 1/18/2008 |
| **CASE TITLE** | USA vs. Benjamin Thoma | | |

**DOCKET ENTRY TEXT:**

Initial appearance proceedings held. Defendant appears in response to arrest. Court appoints Haneef Omar as counsel for defendant. Defendant informed of rights. Financial affidavit due January 24, 2008. USA moves for detention. Detention/Preliminary hearing set for January 24, 2008 at 10:00 a.m. before Magistrate P. Michael Mahoney. Enter order of temporary detention.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | sw |
|---|---|---|