UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 50002 |
| v. ) | Violation: Title 18, United States Code, |
| ) | Section 2113(a) |
| BENJAMIN T. THOMA ) | |

The DECEMBER 2006 GRAND JURY charges:

On or about December 19, 2007, at McHenry, in the Northern District of Illinois, Western Division,

BENJAMIN T. THOMA,

defendant herein, by force and by intimidation, did take from the person and presence of a bank employee known to the Grand Jury approximately $2,409.00 belonging to and in the care, custody, control, management, and possession of the Charter One Bank, 2000 Richmond Road, McHenry, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

FILED
JAN 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JAN 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No.: 08 CR 50002

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

BENJAMIN T. THOMA

INDICTMENT

Violation(s): Title 18 United States Code, Section 2113(a)

A true bill,

_____
Foreperson

Filed in open court this _____ day of _____ A.D. 2008

_____
Clerk

Bail: $