## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50002 - 1 | **DATE** | 1/24/2008 |
| **CASE TITLE** | USA vs. BENJAMIN T. THOMA | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Defendant enters plea of not guilty to indictment. 16.1 conference to be held by January 31, 2008. Defendant's oral motion for time to February 26, 2008 to file pretrial motions is granted. USA's oral motion for the time of January 24, 2008 to and including February 26, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for February 26, 2008 at 11:00 am. Detention hearing held. Enter order of detention pending trial.

Notices mailed by Judicial staff.

00:15

| Courtroom Deputy Initials: | GG |

08CR50002 - 1 USA vs. BENJAMIN T. THOMA Page 1 of 1