%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

NORTHERN District of ILLINOIS - WESTERN DIVISION

UNITED STATES OF AMERICA
V.
BENJAMIN T. THOMA

**WARRANT FOR ARREST**

Case Number: 08 CR 50002

**FILED**
JAN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  BENJAMIN T. THOMA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Bank Robbery

in violation of Title  18  United States Code, Section(s)  2113(a)

FREDERICK J. KAPALA
Name of Issuing Officer

U.S. DISTRICT JUDGE
Title of Issuing Officer

Signature of Issuing Officer

1/18/2008  Rockford, Illinois
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/18/08 | C. Allen  TFO  DUSM | C. Allen |