## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50002 - 1 | **DATE** | 3/5/2008 |
| **CASE TITLE** | USA vs. Benjamin Thoma | | |

**DOCKET ENTRY TEXT:**

Status hearing set for March 7, 2008 at 9:00 a.m. is reset for a change of plea hearing on March 7, 2008 at 11:00 a.m.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|