## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                  Case No.: 3:08–cr–50002
                                           Honorable Frederick J. Kapala

Benjamin T Thoma

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

       MINUTE entry before the Honorable Frederick J. Kapalaas to Benjamin T Thoma: Pursuant to request of defendant's counsel and with agreement of United States, sentencing hearing reset from June 12, 2008 to June 9, 2008 at 2:30 p.m.Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.