## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50002 - 1 | **DATE** | 6/9/2008 |
| **CASE TITLE** | USA vs. Benjamin T. Thoma | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. Enter judgment in a criminal case.

*[Signature of Judge Kapala]*

Docketing to mail notices.

01:00

**FILED**

JUN 1 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | sw |
|---|---|---|